**No. 40130.**—Petition 5637–R of G. Gennert, Inc. (New York).

Opinion by TILSON, J. It appeared that the undervaluation was occasioned by reason of a disagreement between the petitioner and the customs officials as to what quantity constituted a usual wholesale quantity. The evidence established that there was no intention to defraud the revenue. The petition was therefore granted.

**No. 40131.**—Protests 501217–G, etc., of E. & G. Hindle, Ltd., Inc. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.

**No. 40132.**—Protests 738282–G, etc., of Archie Goldsmith & Bro. et al. (Portland, Oreg.).

Opinion by KINCHELOE, J. On the authority of *Akawo* v. *United States* (T. D. 48067) the protests were sustained.

**No. 40133.**—Protests 962359–G, etc., of Greenberg & Josefsberg et al. (New York).

Opinion by KINCHELOE, J. On the records presented the protests were overruled.

**No. 40134.**—Protests 290830–G, etc., of Ferd. Bing & Co.'s Succs. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bottles, boxes, table lamps, vases, photo frames, jardinieres, atomizers, trays, flower holders, inkstands, candlesticks, coupes, pots, baskets, plates, and coffee sets chiefly used on the table, in the kitchen or household for utilitarian purposes, or hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) cited.

**No. 40135.**—Protests 299922–G, etc., of Lord & Taylor (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) bottles and atomizers were held dutiable at 40 percent under paragraph 339 as claimed.